```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00864
   TRACY L MARTIN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-0315


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 02/01/2006 and was confirmed 04/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 06/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                 PAID            PAID
-------------------------------------------------------------------------------
PEKAY & BLITSTEIN PC        MORTGAGE ARRE      100.00           .00             .00
PEKAY & BLITSTEIN PC        UNSECURED        NOT FILED          .00             .00
ARONSON FURINTURE           NOTICE ONLY      NOT FILED          .00             .00
HSBC AUTO FINANCE           MORTGAGE ARRE     3750.00           .00             .00
HSBC AUTO FINANCE           UNSECURED        NOT FILED          .00             .00
HOUSEHOLD AUTO FINANCE      NOTICE ONLY      NOT FILED          .00             .00
HOUSEHOLD AUTOMOTIVE FIN    NOTICE ONLY      NOT FILED          .00             .00
THE ASCENSION LAW GROUP     NOTICE ONLY      NOT FILED          .00             .00
ADT SECURITY SYSTEMS        UNSECURED        NOT FILED          .00             .00
ALEXIAN BROTHERS MED CEN    UNSECURED        NOT FILED          .00             .00
ALEXIAN BROTHERS MED CEN    NOTICE ONLY      NOT FILED          .00             .00
AMERICAN FAMILY INSURANC    UNSECURED        NOT FILED          .00             .00
BALLYS TOTAL FITNESS        UNSECURED        NOT FILED          .00             .00
BELL WEST COMMUNITY C U     UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO PARKING     UNSECURED          880.00           .00             .00
CBA COLLECTION BUREAU       UNSECURED        NOT FILED          .00             .00
COMCAST                     UNSECURED        NOT FILED          .00             .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED          .00             .00
KOMYATTE & FREELAND         UNSECURED        NOT FILED          .00             .00
CORUS BANK                  UNSECURED        NOT FILED          .00             .00
FRIEND FAMILY HEALTH CEN    UNSECURED        NOT FILED          .00             .00
FRIEND FAMILY HEALTH CEN    NOTICE ONLY      NOT FILED          .00             .00
GEMB/OLD NAVY               UNSECURED        NOT FILED          .00             .00
MED BUS/ OAK LAWN RADIOL    UNSECURED        NOT FILED          .00             .00
SBC                         UNSECURED          188.60           .00             .00
SIR FINANCE                 UNSECURED        NOT FILED          .00             .00
NCO COLLECTION AGENCY       UNSECURED        NOT FILED          .00             .00
SPRINT                      NOTICE ONLY      NOT FILED          .00             .00
ST MARGARET MERCY           UNSECURED        NOT FILED          .00             .00
TATE & KIRLIN ASSOC         UNSECURED        NOT FILED          .00             .00
US DEPT OF EDUCATION        UNSECURED         6346.10           .00             .00
DIRECT LOANS                NOTICE ONLY      NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 00864 TRACY L MARTIN
```

```
US DEPT OF EDUCATION       NOTICE ONLY     NOT FILED              .00          .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED              .00          .00
UNIVERSAL RADIOLOGY LTD    NOTICE ONLY     NOT FILED              .00          .00
UNIVERSITY OF CHIC PHYSI   FILED LATE       3033.07               .00          .00
UNIVERSITY OF CHIC PHYSI   UNSECURED       NOT FILED              .00          .00
UNIVERSITY OF CHIC PHYSI   UNSECURED       NOT FILED              .00          .00
US DEPT OF EDUCATION       UNSECURED       NOT FILED              .00          .00
AFNI                       UNSECURED        1812.52               .00          .00
VERIZON WIRELESS           UNSECURED       NOT FILED              .00          .00
WOMENS WORKOUT WORLD       UNSECURED       NOT FILED              .00          .00
WOMENS WORKOUT WORLD       NOTICE ONLY     NOT FILED              .00          .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,494.00                        2,310.44
TOM VAUGHN                 TRUSTEE                                            124.10
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,434.54

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   2,310.44
TRUSTEE COMPENSATION                               124.10
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                    2,434.54              2,434.54
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 09/25/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE